■ In the Matter of OMAR SANTOS, Petitioner, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, et al., Respondents. [996 NYS2d 202]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

Peters, P.J., Rose, Egan Jr., Lynch and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.